IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
Western Division

No. 5:16-CR-251

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIAM MAURICE SADDLER | ) | |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry No. 222 in the above-captioned case be sealed by the Clerk.

This the 3rd day of November, 2017.

_____
LOUISE WOOD FLANAGAN
United States District Court Judge