FILED IN OPEN COURT
ON 11/29/17 SWT
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-251-1-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| WILLIAM MAURICE SADDLER | ) | |

This matter comes now before this Court on oral motion of the United States, by and through the United States Attorney for the Eastern District of North Carolina, to allow the transfer of custody of the exhibits described to Michael Pendley of the Federal Bureau of Investigation.

IT IS HEREBY ORDERED that the following exhibits admitted into evidence on November 27, 2017, November 28, 2017 and November 29, 2017, be transferred to Michael Pendley to be retained in his custody until this case is completed, including any matters on appeal:

| Gov't. Exhibit No.: | Description of the Evidence: |
|---|---|
| 51 | Notes on Best Western stationary from Toyota Yaris |
| 56 | Notes on earrings from hotel room |
| 58 | T.W.'s Tracphone from hotel room |
| 50 | Prepaid cards |
| 52 | Lifestyle condoms from Toyota Yaris |
| 53 | Prepaid cards from Toyota Yaris |
| 54 | Lifestyle condoms from leopard print purse in hotel room |

| | |
|---|---|
| 55 | Lifestyle condoms from hotel room |
| 57 | Lifestyle condoms from T.W.'s purse in hotel room |
| 59 | Broke cell phone from hotel room |
| 60 | Defendant's cell phone |

SO ORDERED this the 29th day of November, 2017.

Louise W. Flanagan
United States District Judge

SO ACKNOWLEDGED:

Michael Pendley, Case Agent

Erin Blondel, Assistant U.S. Attorney