UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


UNITED STATES OF AMERICA

vs.  CASE NO. 5:16-CR-251-1-FL

WILLIAM MAURICE SADDLER


**ORDER**

In order that deliberations may continue without interruption, the court has directed the deputy clerk to provide lunch for the jurors. The cost of these meals total $120.09. The clerk is DIRECTED to pay Domino's Pizza the sum of $120.09.


__November 30, 2017__  
Date

_____  
LOUISE W. FLANAGAN  
United States District Judge