UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-251-FL-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER TO SEAL |
| | ) |
| WILLIAM MAURICE SADDLER | ) |

Upon motion of the United States and for good cause shown, it is hereby ORDERED that the Government's Supplemental Brief in Support of Its Motion for Restitution, Docket Entry 370, filed in the above-captioned matter be sealed, except that a copy shall be provided to the Office of the United States Attorney and counsel for the defendant.

This the <u>15th</u> day of <u>  June  </u>, 2018.

_____
LOUISE W. FLANAGAN
United States District Judge