THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:16-CR-251-FL-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WILLIAM MAURICE SADDLER | ) | |

This Cause comes before the Court upon Defendant William Maurice Saddler's motion to seal his response to the government's sealed Memorandum, DE 370. For good cause shown in said motion, Defendant's motion is GRANTED and it is hereby sealed.

SO ORDERED, this the  6th  day of September, 2018.

_____
Louise Wood Flanagan
United States District Judge